September 1, 2020

**Via ECF**

The Honorable Valerie Caproni
United States District Judge
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

Re:   *Bloomberg Finance L.P.* v. *UBS AG*, No. 1:18-cv-06334 (VEC)—Joint Status Letter

Dear Judge Caproni:

    This letter is submitted jointly by Plaintiff Bloomberg Finance L.P. ("Bloomberg") and Defendant UBS AG ("UBS" and together with Bloomberg, the "Parties") pursuant to Section I.A.3 of the Fourth Amended Scheduling Order and Discovery Plan, entered May 4, 2020 [Dkt. 102], and Your Honor's instruction during the Parties' August 17, 2018 initial pre-trial conference.

    The Parties continue to work productively on the matters discussed during the Parties' July 8, 2020 status call. The Parties remain available to discuss the case status at the Court's request.

Respectfully submitted,

| | |
|---|---|
| Quinn Emanuel Urquhart & Sullivan, LLP | Cahill Gordon & Reindel LLP |
| By: */s/ David S. Mader* | By: */s/ Tammy L. Roy* |
| Andrew J. Rossman<br>David S. Mader<br>Ellison W. Merkel<br>Sophia Qasir<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010 | Charles A. Gilman<br>Tammy L. Roy<br>Peter J. Linken<br>80 Pine Street<br>New York, New York 10005 |
| andrewrossman@quinnemanuel.com<br>davidmader@quinnemanuel.com<br>ellisonmerkel@quinnemanuel.com<br>sophiaqasir@quinnemanuel.com | cgilman@cahill.com<br>troy@cahill.com<br>plinken@cahill.com |
| *Counsel for Plaintiff Bloomberg Finance L.P.* | *Counsel for Defendant UBS AG* |